```
                        United States Bankruptcy Court
                           District of New Mexico
```

In re:                                                          Case No. 14-12765-j
Sawgrass Healthcare, LLC                                        Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 1084-1          User: cwilson              Page 1 of 1              Date Rcvd: Oct 30, 2014
                              Form ID: pdfor1            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2014.
          +Dusti Harvey,   Harvey & Foote Law Firm, LLC,   201 Broadway Blvd. SE,
            Albuquerque, NM 87102-3424

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2014                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2014 at the address(es) listed below:
              Alice Nystel Page    on behalf of U.S. Trustee    United States Trustee Alice.N.Page@usdoj.gov
              Christopher M Gatton    on behalf of Debtor    Sawgrass Healthcare, LLC chris@giddenslaw.com,
               dave@giddenslaw.com;giddens@giddenslaw.com
              United States Trustee    ustpregion20.aq.ecf@usdoj.gov
              Yvette J. Gonzales    yjgllc@yahoo.com, yg@trustesolutions.com;yg@trustesolutions.net
                                                                                           TOTAL: 4

**IT IS ORDERED**

Date Entered on Docket: October 30, 2014



_____
**The Honorable Robert H Jacobvitz
United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In re:                                          )
                                                )  Case No.   14-12765-j7
SAWGRASS HEALTHCARE, LLC,                       )
                                                )
         Debtor(s)                              )
_____       )
                                                )

### AGREED ORDER GRANTING MOTION TO DETERMINE THAT THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN IS NOT NECESSARY PURSUANT TO 11 U.S.C. § 333(a)(1)

This matter comes before the Court on the United States Trustee's Motion to Determine that the Appointment of a Patient Care Ombudsman Is Not Necessary Pursuant to 11 U.S.C. § 333(a)(1) (Docket No. 13), filed October 14, 2014.  The Debtor appears by and through counsel, Christopher Gatton, Esquire.  Alice Nystel Page, Esquire appears for the United States Trustee.

This Court, after consideration of the Motion filed by the United States Trustee, finds that pursuant to 11 U.S.C. § 333(a)(1), the debtor has not engaged in business for at least two years and has no patients, the debtor's managing member Steve Thomas will retain all patient records in the

1

Debtor's possession, custody or control as of the Petition Date (September 15, 2014), if any, for the period of time required under state or federal law, and the appointment of a patient care ombudsman is not necessary under the specific facts of this case at this time.

This order is without prejudice to the U.S. Trustee filing a further motion with the court concerning patient care records if necessary or the court raising the issue *sua sponte*.

**IT IS SO ORDERED.**

**####END OF ORDER####**

Submitted by:


*Submitted by e-mail, October 28, 2014*
ALICE NYSTEL PAGE
Trial Attorney
Office of the U. S. Trustee
P. O. Box 608
Albuquerque, NM 87103
(505) 248-6550
(505) 248-6558

Approved by:

Approved by email October 28, 2014
CHRISTOPHER GATTON
Law Offices of George "Dave" Giddens
Attorney for the Debtor
10400 Academy NE, Suite 350
Albuquerque, NM 87111
(505) 271-1053

2

Copy to:
Yvette J. Gonzales
Chapter 7 Trustee
P.O. Box 1037
Placitas NM 87043

Dusti Harvey
Harvey & Foote Law Firm, LLC
201 Broadway Blvd. SE
Albuquerque, NM 87102
Dusti@Harveyfirm.com
Counsel to Riley Tiger as representative for decedent Betty Tiger-Goza

3